**SO ORDERED.**

PIEKARSKI & BRELSFORD, P.C.
2633 E Indian School Road, Ste. 460
Phoenix AZ 85016
Phone: (602) 956-1161
Fax: (480) 247-4383
Christopher J. Piekarski, AB# 019251
Nathan J. Brelsford, AB# 024853
Attorneys for Debtors

**Dated: December 02, 2009**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

MICHAEL J. KAUS and BRIDGET A. DUNN,

      Debtor(s).

Case No.: 2:09-bk-19053-RTB

ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM #2

THIS CAUSE, having come before the Court, upon the **OBJECTION TO PROOF OF CLAIM # 2** filed by Creditor **Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificate holders of Bear Stearns Mortgage Funding Trust 2007-SL1, Mortgage-Backed Certificates, Series 2007-SL1**; noticed to all interested parties on November 10, 2009, as attested by the previously filed Certificate of Mailing, the time for objections having expired, and no objections having been filed and good cause appearing,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** sustaining Debtor's Objection to Proof of Claim #2.

**IT IS FURTHER ORDERED** that the claim hereby disallowed in its entirety.

DONE IN OPEN COURT this date: _____

_____
Judge, United States Bankruptcy Court

-1-