SO ORDERED.

Dated: February 16, 2010

/s/ Redfield T. Baum
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

PIEKARSKI & BRELSFORD, P.C.
2633 E Indian School Road, Ste. 460
Phoenix AZ 85016
Phone: (602) 956-1161
Fax: (480) 247-4383
Christopher J. Piekarski, AB# 019251
Nathan J. Brelsford, AB# 024853
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

MICHAEL J. KAUS and BRIDGET A. DUNN,

    Debtor(s).

Case No.: 2:09-bk-19053-RTB

STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN

The Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved:

**IT IS ORDERED** confirming the Plan of the Debtors as follows:

(A)   **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

    (1) Future Earnings or Income. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|---|---|
| 1 – 60 | $1,243.00 |



The payments are due on or before the 9th day of each month commencing Sept. ~~August~~ 9, 2009. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the plan is deemed completed.

The Debtors shall provide, directly to the Trustee copies of their federal and state income tax returns for 2009, 2010 and 2011 within 30 days of filing them. The purpose is to assist the Trustee in determining any change in debtor's annual disposable income.

-1-

(B) **DURATION.** This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified and paid as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay creditors in the following order:

(1) <u>Administrative expenses:</u>

<u>Attorney fee.</u> Nathan J. Brelsford shall be allowed total compensation of $4,000.00. Counsel received $1,500.00 prior to filing this case and will paid $2,500.00 by the Chapter 13 Trustee.

(2) <u>Claim Secured by Real Property:</u>

(a) Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investment II Inc., Bear Stearns Mortgage Funding Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1 (EMC Mortgage Corporation as Servicer), secured by a first deed of trust in the Debtor's residence located at 7154 W Candelaria Drive, Glendale, AZ 85310 (the "Property"), and more fully described as:
> **LOT 78, HILLCREST RANCH PARCEL G, ACCORDING TO BOOK 375 OF MAPS, PAGE 10, RECORDS OF MARICOPA COUNTY, ARIZONA.**

shall be paid the prepetition arreage of $7,322.78 with 0.00% interest. Regular post-petition payments will be made by the Debtors to the secured creditor. The Property may be sold of encumbered without further order of the Court, upon the approval of the Trustee.

(3) <u>Claims Secured by Personal Property:</u>

(a) American Honda Finance Corporation (Claim #8), secured by a lien in a 2004 Honda 400EX Quad ATV, shall be paid $1,042.52 with 4.5% interest. The creditor will receive adequate protection payments of $20.00 per month. The balance of the claim shall be classified as an unsecured nonprioirty claim.

(b) American Honda Finance (Claim #4), secured by a lien in a 2004 Honda 400EX Quad ATV, shall be paid a claim of $916.81 with 4.5% interest. The creditor will receive adequate protection payments of $20.00 per

month. The balance of the claim shall be classified as an unsecured nonprioirty claim

 (c) Wells Fargo Bank, N.A. (Claim #6), secured by a lien in a 2003 Hummer H2, shall be paid a claim of $18,500.00 with 4.5% interest. The creditor will receive adequate protection payments of $185.00 per month. The balance of the claim shall be classified as an unsecured nonprioirty claim

(4) <u>Unsecured Nonpriority Claims.</u> All other claims shall be classified as unsecured and nonpriority. Such claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid at the end of the Plan may be discharged as provided in 11 U.S.C. § 1328.

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in the Debtors upon confirmation.

## ORDER SIGNED ABOVE

Approved as to Form and Content By:

_Russell Brown_ 2/11/10
Russell Brown
Chapter 13 Trustee
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1965

_Patricia Doyle-Kossick_ 2/4/10
Patricia Doyle-Kossick
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7187
Attorney for Wells Fargo Bank, N.A.

_Nathan J. Brelsford_
Nathan J. Brelsford
2633 E Indian School Road
Suite 460
Phoenix, Arizona 85016